# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 09-09087 |
|---|---|
| PREVENTIVE DETECTIVE & INVESTIGATION | JUDGE: SEK |
| DEBTOR(S) | (CHAPTER 7) |

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on 02/24/10. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☐ Yes ☐ No **Tape No.** Side
**Exemption as claimed in Schedule C allowed.** ☐ Yes ☐ No **From**
**Creditor(s) Present** ☐ Yes ☐ No

**Attorney's Information**
Present with Debtor(s) was
☐ Attorney of Record
☐ Other:
☐ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☐ I & J, ☐ Other
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within days:**
☐ Documents on Real Property         ☐ Documents on Vehicle
  ☐ Appraisal ☐Title Search ☐Mortgage Balance    ☐Evidence of Value ☐ Loan Pay-Off ☐
Registration

_Documents Produced._

**Trustee further request that:**
☐ Case be closed as no-asset as of the date of §341 (a) meeting.    ☐ Upon receipt of documents
☒ Case be held open for potential asset recovery. 341 closed.
☐ Case be RESET the §341 (a) Meeting
  ☐ On the    day of    , 2010 , at
  ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ☐ Debtor(s) failed to appear.
    ☐ Attorney for Debtor(s) failed to appear.
    ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
  ☐ initial, ☐ subsequent creditor meeting.

Dated: 02/24/10

/S/ Wilfredo Segarra Miranda
WILFREDO SEGARRA MIRANDA
TRUSTEE