**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> **PREVENTIVE, DETECTIVE AND INVESTIGATION, INC.** <br><br> DEBTOR(S) | CASE NO. 09-09087 (SEK) <br><br> CHAPTER 13 |

## MOTION SUBMITTING AN AMENDED VOLUNTARY PETITION

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) herewith file(s) an Amended Voluntary Petition, pursuant to Fed. R. Bankr. P. 1009 in order to:

   a) *List the correct Debtor's name, which include the word "AND" rather than the Symbol "&",*

   b) *List Debtor's "Complete EIN (66-0675738)" rather than (66-0655738), and*

   c) *State that "Debtor estimates that funds will be available for distribution to unsecured creditors" in the Petition's Statistical/Administrative Information Section.*

. **WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the above mentioned amendments to the voluntary petition.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the Amended Voluntary Petition included herewith.

**NOTICE:** Within ten (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 7 Trustee, and to the Assistant U.S. Trustee. I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, February 3, 2011.

> s/JOSE L. JIMENEZ QUINONES
> José L. Jiménez Quiñones, Esq.
> USDCPR 203808
> 268 AVE. PONCE DE LEON
> Suite 1118
> San Juan, P.R. 00918-2007
> TEL: 787-282-9009
> FAX: 1 (866) 326-9416 & 787-282-2009
> jimenezlawoffice@gmail.com

**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Puerto Rico | **Amended**<br>**Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PREVENTIVE DETECTIVE & INVESTIGATION INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba P.D.I.**<br>**dba PREVENTIVE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0675738** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**URB. COLINAS DEL YUNQUE**<br>**CALLE 10 E-17**<br>**RIO GRANDE, PR** ZIPCODE **00745** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Rio Grande** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX 967**<br>**FAJARDO, PR** ZIPCODE **00745** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [✓] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [✓] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PREVENTIVE DETECTIVE & INVESTIGATION INC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PREVENTIVE DETECTIVE & INVESTIGATION INC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ JOSE L. JIMENEZ QUINONES*
Signature of Attorney for Debtor(s)

**JOSE L. JIMENEZ QUINONES USDC-203808**
**JIMENEZ - QUINONES LAW OFFICES**
**268 PONCE DE LEON STE 1118**
**SAN JUAN, PR 00918-2007**
**(787) 282-9009 Fax: 1(866) 326-9416**
**jimenezlawoffice@gmail.com**

**February 3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ MARIA SOCORRO LOPEZ SANTIAGO*
Signature of Authorized Individual

**MARIA SOCORRO LOPEZ SANTIAGO**
Printed Name of Authorized Individual

**PRESIDENT & SECRETARY**
Title of Authorized Individual

**February 3, 2011**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CORPORATE RESOLUTION
## OF
## PREVENTIVE, DETECTIVE AND INVESTIGATION, INC.

I, María Socorro Lopez Santiago of legal age, married, Secretary of **PREVENTIVE, DETECTIVE AND INVESTIGATION, INC.** and resident of Rio Grande, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting held on October 8, 2009, the Board of Directors of Preventive, Detective and Investigation, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Federal Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 7 of the Federal Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of Attorney José L. Jiménez Quiñones would be retained for such purposes.

5. That it was also agreed that María Socorro Lopez Santiago, President and Secretary of the Board of Directors, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution on this __9__ day of October, 2009.

PREVENTIVE, DETECTIVE AND INVESTIGATION, INC.

By: MARIA SOCORRO LOPEZ SANTIAGO
SECRETARY

Affidavit No. __4378__

Sworn and subscribed to before me by Maria Socorro Lopez Santiago, of legal age, married and resident of Rio Grande, Puerto Rico as President of Preventive Detective and Investigations, Inc. to me personally known, in __Fajardo__, Puerto Rico, this __9__ day of October, 2009.

NOTARY PUBLIC

PREVENTIVE DETECTIVE &
INVESTIGATION INC
PO BOX 967
FAJARDO PR  00745

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
CITY VIEW PLAZA 48 CARR  165 SUITE 2000
GUYANABO PR  00968-8000

JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR  00918-2007

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA  19114-0326

ALEX JOSE VAZQUEZ SALDANA ESQ
URBVILLA CAROLINA 129-29 CALLE 69
CAROLINA PR  00985

LIC RAUL DEL MANZANO
C/O ASOC DE CONDOMINES ASHFORD IMPERIAL
1302 ASHFORD AVE OFICINA ADMINSTRACION
SAN JUAN PR  00907

ANA ESTHER ORTIZ-TORRES
URB SANTA ISIDRA II 120 CALLE 1
FAJARDO PR  00738

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 AVE MONUZ RIVERA 12 FLOOR
SAN JUAN PR  00918

ASOCIACION DE CONDOMINES DE ASHFORD IMPERIAL
1302 ASHFORD AVE OFICINA ADMINISTRACION
SAN JUAN PR  00907

CORPORACION DEL FONDO DE SEGURO DEL ESTADO
PO BOX 42006
SAN JUAN PR  00940-2006

COS INSURANCE AGENCY INC
PO BOX 9948
ARECIBO PR  00612

DEPARTAMENTO DE HACIENDA
SECCION DE QUIEBRAS
PO BOX 9024140
SAN JUAN PR  00902-4140

DSG INSURANCE CORP
PO BOX 13725
SAN JUAN PR  00908-3725

IMPERIAL AI CREDIT COMPANIES INC
101  HUDSUN STREET
JERSEY CITY NY  07302