# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 09-09087 -SEK
Case Name: PREVENTIVE DETECTIVE & INVESTIGATIO
Taxpayer ID No: *******5738
For Period Ending: 06/30/11

Trustee Name: WILFREDO SEGARRA-MIRANDA
Bank Name: BANCO SANTANDER, P.R.
Account Number / CD #: *******1664 BANCO SANTANDER, P.R.
Blanket Bond (per case limit): $ 10,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/11 | 3 | ASFORD IMPERIAL COND. | ASSET #3 ACCT. REC. | 1121-000 | 25,112.41 | | 25,112.41 |
| 04/29/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.82 | | 25,114.23 |
| 05/19/11 | 8 | JARDINES REALES SE | ACCOUNT REC. ASSET #8 | 1221-000 | 4,515.94 | | 29,630.17 |
| 05/19/11 | 8 | JARDINES REALES SE | | 1121-000 | 4,946.70 | | 34,576.87 |
| 05/31/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 2.60 | | 34,579.47 |
| 06/30/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 2.88 | | 34,582.35 |

**Total Of All Accounts  34,582.35**

PFORM24

Ver: 16.02c